**EXHIBIT A**

1

2  RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180

3  RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP

4  152 North Third Street, Suite 600
San Jose, CA 95112

5  Telephone:  (408) 289-1776
Facsimile:  (408) 287-1776

6  **Attorneys for Plaintiff(s)**

7  RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS

8  333 West San Carlos Street
Suite 1600

9  San Jose, CA  95110
Telephone:  (408) 993-9911

10  Facsimile:  (408) 993-1335

11  THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*

12  HUSCH & EPPENBERGER, LLC

13  190 Carondelet Plaza, Suite 600
St. Louis, MO  63105-3441

14  Telephone:  (314) 480-1500
Facsimile:  (314) 480-1505

15  **Attorneys for Defendant Olin Corporation**

16                UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

17

18  GORDON HODGES AND            )    Case No.:  C 03-01658  RMW
HEIDI HODGES,                )

19                             )    **STIPULATION FOR DISMISSAL WITH**
                             )    **PREJUDICE OF DEFENDANT OLIN**
20        Plaintiffs,          )    **CORPORATION BY PLAINTIFFS**
                             )    **GORDON HODGES AND HEIDI**
21  v.                         )    **HODGES**
                             )
22  OLIN CORPORATION, et al.,   )
                             )
23        Defendants.          )

24  _____

25        Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Gordon Hodges and Heidi Hodges and

26

27  Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P.

28  41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Gordon

2055277.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Gordon Hodges and Heidi Hodges - 1**

Hodges and Heidi Hodges as to defendant Olin Corporation. All parties to bear their own

costs and legal fees incurred to date in this action.

Dated: _____8/4/05_____

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: _____
        RICHARD D ALEXANDER, Cal. Bar #48432
        JEFFREY W/ RICKARD, Cal. Bar #125180
        RYAN M. HAGAN, Cal Bar #200850
        152 North Third Street, Suite 600
        San Jose, CA 95112
        Telephone:  (408) 289-1776
        Facsimile:   (408) 287-1776

Attorneys for Plaintiffs Gordon Hodges and Heidi Hodges

HUSCH & EPPENBERGER, LLC

By: _____/s/ Carol A. Rutter_____
        THOMAS M. CARNEY, admitted *pro hac vice*
        CAROL A. RUTTER, admitted *pro hac vice*
        190 Carondelet Plaza, Suite 600
        St. Louis, MO  63105-3441
        Telephone:  (314) 480-1500
        Facsimile:   (314) 480-1505

        RANDALL C. CREECH, Cal. Bar #65542
        CREECH, LIEBOW & KRAUS
        333 West San Carlos Street
        Suite 1600
        San Jose, CA  95110
        Telephone:  (408) 993-9911
        Facsimile:   (408) 993-1335

Attorneys for Defendant Olin Corporation

2055277.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Gordon Hodges and Heidi Hodges - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| GORDON HODGES AND HEIDI HODGES, | ) Case No.: C 03-01658 RMW |
| | ) |
| | ) **ORDER DISMISSING WITH** |
| | ) **PREJUDICE DEFENDANT OLIN** |
| Plaintiffs, | ) **CORPORATION BY PLAINTIFFS** |
| | ) **GORDON HODGES AND HEIDI** |
| v. | ) **HODGES** |
| | ) |
| OLIN CORPORATION, et al., | ) |
| | ) |
| Defendants. | |

THIS MATTER coming on the motion of Plaintiffs Gordon Hodges and Heidi

Hodges and Defendant Olin Corporation, for an order of dismissal with prejudice against the

defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Gordon Hodges and Heidi Hodges's claims against Defendant Olin

Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party

shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005    *Ronald M. Whyte*

2055277.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Gordon Hodges and Heidi Hodges - 3**